1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GOLDEN, | CASE NO. 1:09-cv-00263-OWW DLB |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE AS A PC CASE |
| v. | NEW CASE NO: 1:09-cv-00263-OWW DLB PC |
| COUNTY OF TULARE, et al., | |
| Defendants. | |
| _____/ | |

On February 11, 2009, Plaintiff Michael Golden filed the complaint upon which this action proceeds.  The Clerk of the Court incorrectly designated the action as a regular civil rights action. Upon further review of the Court, it has been determined that the present action involves conditions of confinement at a detention facility.  Therefore, the Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a PC civil action, and the new case number shall be 1:09-cv-00263-OWW DLB PC.


   IT IS SO ORDERED.

   **Dated:   February 17, 2009**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE