# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GOLDEN, | CASE NO. 1:09-cv-00263 OWW DLB PC |
| Plaintiff, | ORDER APPROVING SUBSTITUTION OF ATTORNEY FOR PLAINTIFF |
| v. | (Doc. 7) |
| COUNTY OF TULARE, et al., | |
| Defendants. | |

_____ /

On August 13, 2009, attorney Andrew Stearns filed a motion for an order approving the substitution of attorneys, signed by Plaintiff and counsel.

The motion is granted.

IT IS SO ORDERED.

Dated:   September 4, 2009                             /s/ Dennis L. Beck
                                                                    UNITED STATES MAGISTRATE JUDGE

1