# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL GOLDEN, | ) | 1:09cv0263 OWW DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER DIRECTING CLERK TO REDESIGNATE ACTION AS REGULAR CIVIL ACTION |
| v. | ) | |
| COUNTY OF TULARE; TULARE COUNTY SHERIFF BILL WITTMAN; and DOES 1 through 50, | ) ) ) ) | |
| Defendants. | ) ) | |

    Plaintiff Michael Golden was appearing pro se when he filed this action on February 11, 2009. He is now represented by counsel. The Clerk of the Court is therefore ORDERED TO REDESIGNATE this action to reflect that it is a regular civil action. Plaintiff's representation by counsel also means that Local Rule 78-230(m) no longer applies.

    IT IS SO ORDERED.

  **Dated:**   **September 22, 2009**            **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE