# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL GOLDEN, | ) | 1:09cv0263 OWW DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) ) | (Document 6) |
| COUNTY OF TULARE, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Michael Golden filed the instant action on February 11, 2009.

On August 4, 2009, the Magistrate Judge issued Findings and Recommendation that Plaintiff's request for a temporary restraining order and/or preliminary injunctive relief BE DENIED. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated August 4, 2009, is ADOPTED IN FULL; and
2. Plaintiff's request for a temporary restraining order and/or preliminary injunctive relief is DENIED.

IT IS SO ORDERED.

**Dated:   September 23, 2009**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE