KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
TERESA M. SAUCEDO, # 093121
Chief Deputy County Counsel
JUDY CHAPMAN, #169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
jchapman@co.tulare.ca.us

Attorneys for County of Tulare

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GOLDEN,<br><br>　　　Plaintiff,<br><br>vs<br><br>COUNTY OF TULARE, TULARE COUNTY SHERIFF BILL WITTMAN and DOES 1 through 50,<br><br>　　　Defendants. | Case Number: 1:09-CV-00263-OWW-DLB<br><br>STIPULATION OF THE PARTIES TO CONTINUE THE SCHEDULING CONFERENCE; AND ORDER |

　　　Due to the Defendants' Counsel's unavailability as the result of a pre-scheduled jury trial, the parties hereby stipulate to continuing the Scheduling Conference, and any other dates based on the scheduling conference date, in this matter by 30 days to March 22, 2010, or a date hereafter as set by the court.

Dated: January 27, 2010

　　　　　　　　　　　　　　　　　　　　By: /s/ Andrew Stearns (authorized 1/27/10)
　　　　　　　　　　　　　　　　　　　　　　ANDREW STEARNS
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

///

1

STIPULATION & ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 27, 2010         KATHLEEN BALES-LANGE
                                Tulare County Counsel


                                By: /s/ Judy Chapman
                                    JUDY CHAPMAN
                                    Deputy County Counsel

IT IS ORDERED, that the Scheduling Conference currently set for February 18, 2010, is rescheduled to March 25, 2010, at 8:15AM.

Dated: February 1, 2010         /s/ OLIVER W. WANGER
                                United States Senior District Court Judge

SMC/1/26/2010/20091467/

STIPULATION & ORDER

PDF created with pdfFactory trial version www.pdffactory.com