UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GOLDEN,<br><br>                    Plaintiff,<br><br>     v.<br><br>COUNTY OF TULARE, et al.,<br><br>                    Defendants. | 1:09-CV-00263 OWW DLB<br><br>ORDER DENYING REQUEST FOR AUTHORITY TO INCUR COSTS AS "APPOINTED COUNSEL" AND REQUEST FOR PAYMENT (DOCS. 26 & 27) |

On July 7, 2010, Counsel for Plaintiff, Michael Golden, filed two, duplicative, "request[s] for authority to incur costs (appointed counsel) and request for payment."  Docs. 26 and 27. Counsel apparently believes that he has been appointed by the Court to represent plaintiff at the public's expense.  Counsel is incorrect.

On August 13, 2009, Plaintiff filed a motion with the self-titled docket entry:  "Motion to Appoint Counsel."  Doc. 7. However, the motion docketed was actually a "motion for order approving substitution of attorney for plaintiff."  *Id*.  It was the motions paper (not the docket entry) that was reviewed and granted by Magistrate Judge Beck.  Doc. 9, filed September 4, 2009.  The September 4, 2009 order simply authorized the substitution of counsel for Plaintiff, who until then was

1

representing himself.  The Court has not reviewed nor granted any application to appoint counsel for Mr. Golden.  Accordingly, Counsel's request to incur costs as "appointed counsel" is DENIED.  Counsel is not appointed counsel.

SO ORDERED
Dated: July 9, 2010

                                          /s/ Oliver W. Wanger
                                             Oliver W. Wanger
                                     United States District Judge.