KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
TERESA M. SAUCEDO, # 093121
Chief Deputy County Counsel
JUDY CHAPMAN, #169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
jchapman@co.tulare.ca.us

Attorneys for County of Tulare

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GOLDEN,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, TULARE COUNTY SHERIFF BILL WITTMAN and DOES 1 through 50,<br><br>  Defendants. | Case Number:  1:09-CV-00263-OWW-SKO<br><br>**ORDER ON PARTIES'STIPULATION TO CONTINUE DISCOVERY AND MOTION FILING DEADLINES** |

The Plaintiff and Defendants, County of Tulare and Sheriff Bill Wittman, hereby stipulate and agree as follows:

1. The deadline for the Disclosure of Expert Witnesses is continued from September 1, 2010 to October 13, 2010.

2. The deadline for the Supplemental Disclosure of Expert Witnesses is continued from October 1, 2010, to November 12, 2010.

3. The deadline for non-expert discovery is continued from October 1, 2010, to November 12, 2010.

4. The discovery cut-off is continued from November 30, 2010, to December 14, 2010.

1

ORDER ON PARTIES' STIPULATION TO CONTINUE DISCOVERY AND MOTION FILING DEADLINES

5.     The deadline for filing of Non-Dispositive Motions is continued from December 30, 2010, to January 10, 1011.

6.     The deadline for filing of Dispositive Motions is continued from January 3, 2011, to January 10, 2011.

Dated: August 31, 2010            BUSTAMANTE, O'HARA & GAGLIASSO

                                         /s/ Andrew V. Stearns
                                         ANDREW V. STEARNS
                                         Attorney for Plaintiff

Dated: August 31, 2010            KATHLEEN BALES-LANGE
                                         Tulare County Counsel

                                         By   /s/ Judy Chapman
                                         JUDY CHAPMAN
                                         Deputy County Counsel
                                         Attorneys for Defendants County of Tulare and
                                         Sheriff Bill Wittman

**ORDER**

The Court hereby GRANTS in part and DENIES in part the parties request. The parties' proposed Non-Dispositive motion filing deadline of January 10, 2011, does not allow enough time to properly notice a motion prior to the Non-Dispositive hearing deadline of February 4, 2011. Therefore, the Non-Dispositive motion filing deadline may only be extended until **January 4, 2011**. With this exception, the parties' stipulated request to extend the scheduling deadlines is GRANTED as follows:

1.     The deadline for the Disclosure of Expert Witnesses is continued from September 1, 2010 to **October 13, 2010**.

2. The deadline for the Supplemental Disclosure of Expert Witnesses is continued from October 1, 2010, to **November 12, 2010**;

3. The deadline for non-expert discovery is continued from October 1, 2010, to **November 12, 2010**;

4. The discovery cut-off is continued from November 30, 2010, to **December 14, 2010**;

5. The deadline for filing of Non-Dispositive Motions is continued from December 30, 2010, to **January 4, 2011**;

6. The Non-Dispositive Motion Hearing Deadline shall **remain on February 4, 2011;**

7. The deadline for filing of Dispositive Motions is continued from January 3, 2011, to **January 10, 2011**;

8. The Dispositive Motion Hearing Deadline shall **remain on February 7, 2011;**

9. **The Pre-Trial conference date shall remain on March 21, 2011;** and

10. **The Trial Date shall remain on April 26, 2011.**

IT IS SO ORDERED.

Dated:   **September 2, 2010**              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE