1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

* * *

| | |
|---|---|
| MICHAEL GOLDEN, | Case No. 1:09-cv-00263-0WW DLB |
| Plaintiffs, | STIPULATION AND ORDER MODIFYING SCHEDULING ORDER |
| vs. | |
| COUNTY OF TULARE; an entity of unknown form; TULARE COUNTY SHERIFF BILL WITTMAN, in his individual and official capacity; and DOES 1 through 50, | Complaint Filed: February 11, 2009 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES through their counsel of record as follows:

WHEREAS, the deadline for the Disclosure of Expert Witnesses is set to close on October 13, 2010 per the Court's Order on Parties' Stipulation to Continue Discovery and Motion Filing Deadlines (E-Pacer Docket Entry 31);

WHEREAS, the deadline for the Supplemental Disclosure of Expert Witnesses is set to close on November 12, 2010 (E-Pacer Docket Entry 31);

WHEREAS, the cut-off for all discovery is December 14, 2010 (E-Pacer Docket Entry 31);

WHEREAS, the deadline for filing non-dispositive motions is set for January 4, 2011 (E-Pacer Docket Entry 31);

WHEREAS, the final date for hearing non-dispositive motions is set for February 4, 2011 (E-Pacer Docket Entry 31);

WHEREAS, the deadline for filing dispositive motions is set for January 10, 2011 (E-Pacer Docket Entry 31);

WHEREAS, the final date for hearing dispositive motions is set for February 7, 2011 (E-Pacer Docket Entry 31);

WHEREAS, the pre-trial conference date is set for March 21, 2011 (E-Pacer Docket Entry 31);

WHEREAS, the trial date has been set for April 26, 2011 (E-Pacer Docket Entry 31);

WHEREAS disclosure of expert witnesses will not have been completed by the date required pursuant to the Court's Order on Parties' Stipulation to Continue Discovery and Motion Filing Deadlines (E-Pacer Docket Entry 31), the parties request an extension of the deadlines for expert discovery, the final dates for filing and hearing of dispositive and/or non-dispositive motions, the pre-trial conference date and trial date;

THEREFORE, the parties have stipulated and agreed to the following modifications to the Scheduling Order and seek this Court's approval of the same:

1. Parties shall have until November 15, 2010 to disclose expert witnesses;

2. Parties shall have until December 13, 2010 to conduct supplemental expert witness disclosures;

3. Discovery shall close on January 14, 2010;

4. The final date for filing non-dispositive motions shall be February 4, 2011;

5. The final date for hearing non-dispositive motions shall be March 4, 2011;

6. The final date for filing dispositive motions shall be February 10, 2011;

7. The final date for hearing dispositive motions shall be March 7, 2011;

8. The date for the Pre-Trial Conference shall be April 25, 2011;

9. The date for Trial shall be May 24, 2011.

DATED: October 13, 2010                    BUSTAMANTE, O'HARA & GAGLIASSO, PC

By:      /S/
         ANDREW V. STEARNS
         STEVEN M. BERKI
         Attorneys for Plaintiff MICHAEL GOLDEN

DATED: October 13, 2010                    TULARE COUNTY COUNSEL

By:      /S/
         JUDY CHAPMAN
         Attorneys for Defendants COUNTY OF TULARE and
         TULARE COUNTY SHERIFF BILL WITTMAN

NO FURTHER CONTINUANCES

//
//

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER

IT IS SO ORDERED.

Dated:   **October 15, 2010**           **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE