**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

* * *

| | |
|---|---|
| MICHAEL GOLDEN, | Case No. 1:09-cv-00263-0WW DLB |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE THE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| COUNTY OF TULARE; an entity of unknown form; TULARE COUNTY SHERIFF BILL WITTMAN, in his individual and official capacity; and DOES 1 through 50, | |
| Defendants. | Complaint Filed: February 11, 2009 |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES through their counsel of record as follows:

WHEREAS, the parties stipulated to, and the Court approved the Stipulation and Order Modifying Scheduling Order, filed on October 18, 2010 (hereinafter, the "Modified Scheduling Order") [ECF Docket No. 33];

WHEREAS, the Modified Scheduling Order continued the date for filing dispositive motions from January 10, 2011, to February 10, 2011;

WHEREAS, the Modified Scheduling Order set the final date for hearing dispositive motions as March 7, 2011;

WHEREAS, the Modified Scheduling Order did not address notice;

WHEREAS, defendants believed that the parties agreed to extend the time for filing to February 10, 2011, with notice to coincide with the filing date, as is the custom and practice in this area, and calendared the deadline in accordance with their belief;

WHEREAS, plaintiff and defendants were mutually mistaken to believe that the Modified Scheduling Order provided parties sufficient time to notice a dispositive motion under local and federal rules;

**STIPULATION AND ORDER TO CONTINUE THE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

WHEREAS, defendants filed and served notice and their motion for summary judgment on February 10, 2011;

WHEREAS, after the motion was served and filed, plaintiff and defendants determined the month of February 2011 was a shortened month and the continued filing dates stipulated to by the parties do not provide for notice pursuant to and as specified in the Federal Rules of Civil Procedure or the Eastern District Local Rules for dispositive motions;

WHEREAS, the last day parties could have filed dispositive motions to provide notice for a hearing on March 7, 2011 as specified in Eastern District Local Rule 230 was February 7, 2011;

WHEREAS, after the motion was served and filed, plaintiff notified defendants that the notice requirements for defendants' motion for summary judgment were not met;

THEREFORE, the parties have stipulated and agreed to the following and seek the Court's approval of the same:

1. The hearing date for defendants' Motion be continued from March 7, 2011 to March 14, 2011, or as soon thereafter as the Court is available;
2. The deadline for filing of plaintiff's Opposition to defendant's Motion be continued from February 21, 2011 to fourteen (14) days prior to the new hearing date for defendants' Motion in accordance with local and federal rules;
3. The deadline for filing of defendants' Reply, if any there be, be continued from February 28, 2011 to seven (7) days prior to the new hearing date for defendants' Motion in accordance with local and federal rules.

DATED: February 16, 2011					BUSTAMANTE, O'HARA & GAGLIASSO, PC

							By:	/S/
								ANDREW V. STEARNS
								STEVEN M. BERKI
								GAURAV D. SHARMA
								Attorneys for Plaintiff MICHAEL GOLDEN

DATED: February 16, 2011					TULARE COUNTY COUNSEL

							By:	/S/
								JUDY CHAPMAN
								Attorneys for Defendants COUNTY OF TULARE and
								TULARE COUNTY SHERIFF BILL WITTMAN

///

# ORDER

The Court, having considered the parties' Stipulation, the documents and records on file with the court, and finding good cause therefore, hereby orders:

1. The hearing date for defendants' Motion be continued from March 7, 2011 to March 14, 2011;
2. The deadline for filing of plaintiff's Opposition to defendant's Motion be continued from February 21, 2011 to fourteen (14) days prior to the new hearing date for defendants' Motion in accordance with local and federal rules;
3. The deadline for filing of defendants' Reply, if any there be, be continued from February 28, 2011 to seven (7) days prior to the new hearing date for defendants' Motion in accordance with local and federal rules.

IT IS SO ORDERED.

Dated:   **February 16, 2011**             **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO CONTINUE THE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**