# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GOLDEN,<br><br>    Plaintiff,<br><br>vs<br><br>COUNTY OF TULARE, TULARE COUNTY SHERIFF BILL WITTMAN and DOES 1 through 50,<br><br>    Defendants. | Case Number:  1:09-CV-00263-OWW-SKO<br><br>ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>DATE:       MARCH 14, 2011<br>TIME:        10:00 A.M.<br>DEPT.:       Courtroom 3<br>JUDGE:      Hon. Oliver W. Wanger<br>Trial Date:  May 24, 2011 |

   The foregoing matter came on for hearing on the date and time scheduled.  After considering the moving and opposing papers, and the argument of counsel, for good cause showing, it is hereby ORDERED:

   1.    Summary judgment is GRANTED as to Defendant Wittman in his individual capacity;

   2.    Summary judgment is GRANTED as to Plaintiff's state law tort claims, 5 through 10,

IT IS SO ORDERED.

   Dated:   **April 16, 2011**              **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE

---

1

Order of Defendant's Motion for Summary Judgment