# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GOLDEN,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF TULARE, an entity of unknown form; and TULARE COUNTY SHERIFF BILL WITTMAN, in his individual and official capacity,<br><br>        Defendants. | 1:09-cv-0263 OWW DLB<br><br>ORDER RE: MOTION FOR LEAVE TO AMEND COMPLAINT TO SUBSTITUTE "DOE" DEFENDANTS |

After discussion with counsel at the Pretrial Conference, the parties agreed that the Defendants shall file any opposition to the motion to amend by April 29, 2011, before 3:00 p.m. The motion shall be heard on May 2, 2011 at 11:00 a.m. No reply shall be filed.

The Pretrial Conference is continued to May 9, 2011.

IT IS SO ORDERED.

Dated:   April 25, 2011            /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE

1