Andrew V. Stearns, SBN 164849
Steven M. Berki, SBN 245426
Gaurav D. Sharma, SBN 269123
**BUSTAMANTE ♦ O'HARA ♦ GAGLIASSO, PC**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
astearns@boglawyers.com
sberki@boglawyers.com
gsharma@boglawyers.com

Attorneys for Plaintiff
MICHAEL GOLDEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

* * *

| | |
|---|---|
| MICHAEL GOLDEN, | Case No. 1:09-cv-00263-0WW DLB |
| Plaintiffs, | |
| vs. | **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR RELIEF FROM ORDER [FRCP 60(a)]** |
| COUNTY OF TULARE; an entity of unknown form; TULARE COUNTY SHERIFF BILL WITTMAN, in his individual and official capacity; and DOES 1 through 50, | |
| Defendants. | Complaint Filed: February 11, 2009<br>Trial: May 24, 2011<br>Judge: Hon. Oliver W. Wanger<br>Courtroom: 3 (7th Floor) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Upon consideration of Plaintiff's Ex Parte Application for Relief from Order, and for good cause shown, the Court orders as follows:

IT IS HEREBY ORDERED that plaintiff's Ex Parte Application for Relief from Order is

**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR RELIEF FROM ORDER [FRCP 60(a)]**

PDF created with pdfFactory trial version www.pdffactory.com

granted.

IT IS FURTHER ORDERED that the Court's April 16, 2011 Order on Defendant's Motion for Summary Judgment [ECF Docket No. 59] is vacated.

IT IS FURTHER ORDERED that the Court's Memorandum Decision Regarding Defendant's Motion for Summary Judgment was not intended to dismiss plaintiff's equitable claim for injunctive relief.

## **ORDER**

IT IS SO ORDERED.

DATED: April 26, 2011          /s/ OLIVER W. WANGER
                                United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com