Andrew V. Stearns, SBN 164849
Steven M. Berki, SBN 245426
Gaurav D. Sharma, SBN 269123
**BUSTAMANTE ♦ O'HARA ♦ GAGLIASSO, PC**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
astearns@boglawyers.com
sberki@boglawyers.com
gsharma@boglawyers.com

Attorneys for Plaintiff
MICHAEL GOLDEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

* * *

| | |
|---|---|
| MICHAEL GOLDEN, | Case No. 1:09-cv-00263-0WW DLB |
| Plaintiffs, | |
| vs. | **STIPULATION OF SETTLEMENT AND REQUEST FOR DISMISSAL; ORDER IN RE TO MINUTE ORDERS ECF DOCKET NOS. [72], [76]** |
| COUNTY OF TULARE; an entity of unknown form; TULARE COUNTY SHERIFF BILL WITTMAN, in his individual and official capacity; and DOES 1 through 50, | |
| Defendants. | Complaint Filed: February 11, 2009 |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES through their counsel of record as follows:

WHEREAS, this matter was settled in April 2011.

WHEREAS, each of the parties has fully performed under the terms of the settlement.

WHEREAS, the parties request the entire case referenced above be dismissed with prejudice.

THEREFORE, the parties have stipulated and agreed to the following and seek the Court's approval of the same:

1. The entire case referenced above having been settled unconditionally, the above-referenced matter is hereby dismissed with prejudice.

DATED: August 10, 2011                     BUSTAMANTE, O'HARA & GAGLIASSO, PC


                                           By:      /S/
                                                ANDREW V. STEARNS
                                                STEVEN M. BERKI
                                                GAURAV D. SHARMA
                                                Attorneys for Plaintiff MICHAEL GOLDEN


DATED: August 10, 2011                     TULARE COUNTY COUNSEL


                                           By:      /S/
                                                KATHLEEN TAYLOR
                                                JUDY CHAPMAN
                                                Attorneys for Defendants COUNTY OF TULARE and
                                                TULARE COUNTY SHERIFF BILL WITTMAN

//

//

**STIPULATION OF SETTLEMENT AND REQUEST FOR DISMISSAL; ORDER IN RE TO MINUTE ORDERS [ECF DOCKET NOS. 72, 76]**

## FINAL PROCEDURES 15.1 AND 15.2 STATEMENT

I hereby attest that concurrence in the filing of this document has been obtained from each signatory above pursuant to Local Final Procedures 15.1 and 15.2.

DATED: August 10, 2011                    **BUSTAMANTE ♦ O'HARA ♦ GAGLIASSO, PC**

By:     /S   
ANDREW V. STEARNS
Attorneys for Plaintiff

## **ORDER**

IT IS SO ORDERED.

Dated: **August 10, 2011**         **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

**STIPULATION OF SETTLEMENT AND REQUEST FOR DISMISSAL; ORDER IN RE TO MINUTE ORDERS [ECF DOCKET NOS. 72, 76]**